A. H. Mosher, Doing Business under the Name of Hope Manufacturing Co., et al., Appellants, v. 55 West 27 St., Inc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Commissioners of the State Insurance Fund v. John Humm, Jr., as Executor of John Humm, Sr., and E. W. Bliss Co.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, with leave to the defendant to answer within ten days from service of order, with notice of entry, upon payment of said costs and the costs awarded by this court in the order entered herein on February 16, 1945. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 657.]

Advance Music Corporation v. American Tobacco Company et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to plaintiff to serve a further amended complaint within ten days after service of order, with notice of entry, on payment of said costs and the costs awarded by this court in the order entered herein on February 23, 1945. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 707.]

Wadlef Realty, Inc., v. Manhattan Life Insurance Company.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 662.]

In the Matter of the Arbitration between Max Oltarsh et al., Copartners Doing Business under the Name of J. Oltarsh, et al., and William T. Halsted, as Executor of David P. Bryson, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay continued pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 662.]

Standard Factors Corporation et al. v. Manufacturers Trust Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer and Dore, JJ. [See ante, p. 658.]

Edith Boyce v. 228th & Carpenter Ave. Holding Co., Inc.— Motion to resettle order of this court entered herein on the 26th day of January, 1945, denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 1036.]

In the Matter of the Application of Samuel Cohen for an Order Directing Arbitration as Provided in a Written Contract Entered into between Petitioner, 2243 Washington Avenue Corporation and Louis Michel.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 663.]

Gertrude K. Leitner v. Monroe Goldwater et al.; National Bronx Bank of New York, et al., and Zivel B. Niden.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 657.]

Cornelia O. Skinner et al. v. Paramount Pictures, Inc.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 663.]